# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LUC K. HEBERT JR. AND LISA
FISHER HEBERT

NO.   2020 CW 0373

VERSUS

GAF CORPORATION AND ABC
INSURANCE COMPANY

**JUNE 19, 2020**

---

In Re:   GAF Materials, LLC, applying for supervisory writs,
22nd Judicial District Court, Parish of St. Tammany,
No. 201914715.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

> VGW
> JMG
> WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.